IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMY TEGLEY, | ) | 4:13CV3104 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| LANCASTER COUNTY, NEBRASKA, | ) ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Plaintiff's motions for extension of time (filings 16, 17) are granted, as follows:

    Plaintiff shall have until April 3, 2014, to respond to Defendant's motion for summary judgment (filing 11).

    DATED this 25th day of March, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

-1-